UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| HENRY W. G., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI Commissioner of Social Security, <br><br> Defendant. | No. 3:22-cv-00133-MPB-CSW |

**FINAL JUDGMENT**

Consistent with today's entry, the Court **AFFIRMS** the Commissioner's decision denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income. The Court now enters final judgment for the Defendant and against the Plaintiff.

**IT IS SO ORDERED**.

Dated: September 29, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.